United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN STOWERS, | No. C 10-1119 SI |
| Plaintiff, | **ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |
| v. | |
| WELLS FARGO BANK, *et al.*, | |
| Defendants. | |

Plaintiff Allen Stowers filed a complaint in the form of a letter against Wells Fargo Bank, Wachovia Bank, Funding One Mortgage Company, and a number of individuals. Plaintiff's letter states that the banks have a "history of racial discrimination" and that as a result of the banks' "unfair business practices" his home is at risk. Plaintiff's letter also accuses Wells Fargo Bank of "direct predatory lending." The complaint does not allege any specific claims under federal or state law and does not identify a basis for federal jurisdiction.

Title 28 U.S.C. § 1915(e)(2) authorizes federal courts to dismiss a complaint filed *in forma pauperis* if the Court determines that the complaint fails to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). Here, the complaint is deficient because it does not allege any specific claims and does not allege a basis for federal jurisdiction. Accordingly, plaintiff's complaint is DISMISSED WITH LEAVE TO AMEND pursuant to Section 1915(e)(2). *See Lopez v. Smith*, 203 F.3d 1122, 1128 (9th Cir. 2000). Plaintiff's application to proceed *in forma pauperis* is DEFERRED. (Docket No. 2).

If plaintiff wishes to file an amended complaint, the complaint shall (1) provide information about why each defendant is being sued; (2) specifically identify the claims that plaintiff is asserting (for example, if plaintiff is suing under a federal or state statute, the complaint shall identify that statute);

(3) state, as clearly as possible, the facts giving rise to the complaint, including the dates upon which the events occurred; and (4) state the relief that plaintiff seeks. **Any amended complaint must be filed by April 16, 2010.**

**IT IS SO ORDERED.**

Dated: April 2, 2010

_____
SUSAN ILLSTON
United States District Judge