IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN STOWERS,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, *et al.*,<br><br>    Defendants.<br>_____/ | No. C 10-1119 SI<br><br>**ORDER DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND** |

On March 16, 2010, plaintiff Allen Stowers filed a complaint *in forma pauperis* in the form of a letter against Wells Fargo Bank, Wachovia Bank, Funding One Mortgage Company, and a number of individuals. Plaintiff's letter stated that the banks have a "history of racial discrimination" and that as a result of the banks' "unfair business practices" his home was at risk. Plaintiff's letter also accused Wells Fargo Bank of "direct predatory lending." The complaint did not allege any specific claims under federal or state law and did not identify a basis for federal jurisdiction.

Pursuant to Title 28 U.S.C. § 1915(e)(2), the Court determined that the complaint failed to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). In an order filed April 4, 2010, the Court held that the complaint was deficient because it did not allege any specific claims and did not allege a basis for federal jurisdiction. The Court instructed plaintiff that if he wished to file an amended complaint, the complaint shall (1) provide information about why each defendant is being sued; (2) specifically identify the claims that plaintiff is asserting (for example, if plaintiff is suing under a federal or state statute, the complaint shall identify that statute); (3) state, as clearly as possible, the facts giving rise to the complaint, including the dates upon which the events occurred; and (4) state the relief that plaintiff seeks.

On April 16, 2010, plaintiff filed an amended complaint. The one page amended complaint alleges that "Wells Fargo Bank, Wachovia Bank, Funding One, et al have engaged in predatory lending and are in violation of federal law." The complaint also lists a number of federal laws that defendants have allegedly violated. The amended complaint does not provide any information about why each defendant is being sued, nor does the complaint state any facts giving rise to plaintiff's claims.

The Court concludes that the amended complaint fails to state a claim. The Court also finds that further leave to amend the complaint would be futile, as plaintiff has failed to cure the deficiencies identified in the original complaint. Accordingly, the amended complaint is DISMISSED WITHOUT LEAVE TO AMEND. Plaintiff's application to proceed *in forma pauperis* is DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: May 17, 2010

SUSAN ILLSTON
United States District Judge