1

2

3

4

5                     IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   ALLEN STOWERS,                              No. C 10-1119 SI

9              Plaintiff,                        **JUDGMENT**

10     v.

11   WELLS FARGO BANK, *et al.*,

12              Defendants.
    _____/

13

14       The complaint is dismissed without leave to amend.  The action is dismissed and judgment is

15   entered accordingly.

16

17       **IT IS SO ORDERED AND ADJUDGED.**

18

19   Dated: May 17, 2010                    _____

20                                          SUSAN ILLSTON
                                            United States District Judge
21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California